# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peanuts Worldwide LLC

                        Plaintiff,

v.

                        Case No.: 1:21−cv−05339

                        Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for extension of the temporary restraining order [24] is granted. The temporary restraining order entered by the Court on 10/12/2021 is extended until 5:00 PM CDT on 11/9/2021. Preliminary injunction hearing set for 10/26/2021 is vacated and reset to 11/9/2021 at 8:40 AM. The following call−in number will be used for the hearing: 888−684−8852 conference code 746−1053. Motion for preliminary injunction is to be filed by no later than 11/4/2021. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.