UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Peanuts Worldwide LLC

                              Plaintiff,

v.

                              Case No.: 1:21−cv−05339

                              Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 22, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 12/22/2021. Oral argument heard on motion to dissolve. Motion to dissolve [38] is entered and continue to 1/12/2022 at 9:30 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Any additional evidence the plaintiff has is to be filed by 1/10/2022. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.